# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BRANCH METRICS, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 2:25-cv-00089-JRG<br><br><br>**JURY TRIAL DEMANDED** |

## **ORDER**

Before the Court is Plaintiff Branch Metrics, Inc.'s Motion to Compel ("Motion"). The Court **GRANTS** Plaintiff's Motion and orders Defendant to produce the requested expert reports once the third-party notice period clears.