# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BRANCH METRICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No. 2:25-cv-00089-JRG |

## JOINT NOTICE REGARDING REDACTIONS TO SEALED ORDER (DKT. NO. 67)

Plaintiff Branch Metrics, Inc. and Defendant Google LLC respectfully submit this joint notice to inform the Court that the Parties met and conferred regarding Sealed Order (Dkt. No. 67) and the Parties do not believe any portion of the Sealed Order requires redaction.

As such, the Parties respectfully request this Court enter the attached public version of the Sealed Order without redaction.

Dated: October 28, 2025

By: *Claire Abernathy Henry*
Neal Manne
Alex Kaplan
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
nmanne@susmangodfrey.com
akaplan@susmangodfrey.com

John Schiltz
Danielle Nicholson
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883

By: */s/ Melissa R. Smith*
Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257

**WILLIAMS & CONNOLLY LLP**
John E. Schmidtlein
Benjamin M. Greenblum
Alexander S. Zolan
680 Maine Avenue SW
Washington, DC 20024
Tel: (202) 434-5000
Fax: (202) 434-5029

jschiltz@susmangodfrey.com
dnicholson@susmangodfrey.com

Zachary B. Savage
Russell Rennie
**SUSMAN GODFREY L.L.P.**
One Manhattan West
New York, NY 10001-8602
Tel: (212) 336-8330
Fax: (212) 336-8340
zsavage@susmangodfrey.com
rrennie@susmangodfrey.com

Of Counsel:
Claire Abernathy Henry
State Bar No. 24053063
claire@millerfairhenry.com
**MILLER FAIR HENRY, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
Steven C. Holtzman
20 Hillcrest Road
Berkeley CA 94705
(510) 333-4612
Sholtzman10@outlook.com

*Attorneys for Branch Metrics, Inc.*

**ROPES & GRAY LLP**
Matthew L. McGinnis
Prudential Tower
800 Boylston Street
Boston, MA 02199
Tel: (617) 951-7567
matthew.mcginnis@ropesgray.com
Adam R. Safadi
2099 Pennsylvania Avenue NW
Tel: (202) 508-4717
adam.safadi@ropesgray.com

*Attorneys for Defendant Google LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 28, 2025.

                                                      /s/ Melissa R. Smith
                                                      Melissa R. Smith