IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BRANCH METRICS, INC., | § | |
| *Plaintiff,* | § § § | |
| v. | § | CIVIL ACTION NO. 2:25-CV-00089-JRG |
| GOOGLE LLC, | § § | |
| *Defendant.* | § § | |

## ORDER

Before the Court is the Unopposed Motion for Hearing on Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) and Memorandum in Support (Dkt. No. 63) filed by Defendant Google LLC. In light of the Court's ruling on the underlying Motion to Transfer (Dkt. No. 68), the Motion is **DENIED AS MOOT**.

So ORDERED and SIGNED this 28th day of October, 2025.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE