IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BRANCH METRICS INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:25-CV-00089-JRG |
| GOOGLE LLC, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

# ORDER

Before the Court are: (1) Plaintiff Branch Metrics, Inc.'s ("Plaintiff") Motion to Compel (Dkt. No. 64); (2) Plaintiff's Motion to Compel and Enforce the Court's Discovery Order (Dkt. No. 72); and (3) Defendant Google LLC's ("Defendant") Motion to Compel Branch to Respond to ESI Interrogatory No. 4 (Dkt. No. 75) (together, the "Motions to Compel"). Additionally, before the Court is Plaintiff's Unopposed Motion for Hearing Regarding Motion to Compel (Dkt. No. 64) (the "Motion for Hearing") (Dkt. No. 71).

The Court finds that a hearing on the Motions to Compel is warranted. Accordingly, the Motion for Hearing (Dkt. No. 71) is **GRANTED-AS-MODIFIED**. The Court **ORDERS** that counsel for Plaintiff and Defendant, including at a minimum lead a local counsel, meet and confer **in person** on **Monday, April 6, 2026**, at **9:00 a.m.** at the **Sam B. Hall, Jr. Federal Building and United States Courthouse, 100 E. Houston St. Marshall, TX 75670** and exercise their best efforts to fully resolve such disputes. It is **FURTHER ORDERED** that a hearing addressing the Motions is set for **Monday, April 6, 2026**, at **2:00 p.m.** in Courtroom 106 if the parties do not resolve the disputes contained within the Motion before that time.

**So ORDERED and SIGNED this 5th day of February, 2026.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE