IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BRANCH METRICS INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:25-CV-00089-JRG |
| GOOGLE LLC, | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

### ORDER

The Court issues this Order *sua sponte* to inform the Parties that the meet and confer and hearing on Dkt. Nos. 64, 72, and 75, previously scheduled for Monday, April 6, 2026, is **rescheduled** for Tuesday, April 7, 2026.

Accordingly, the Court **ORDERS** that counsel for Plaintiff and Defendant, including at a minimum lead and local counsel, meet and confer **in person** on **Tuesday, April 7, 2026**, at **9:00 a.m.** at the **Sam B. Hall, Jr. Federal Building and United States Courthouse, 100 E. Houston St. Marshall, TX 75670** and exercise their best efforts to fully resolve such disputes. It is **FURTHER ORDERED** that a hearing addressing the Motions is set for **Tuesday, April 7, 2026**, at **2:00 p.m.** in Courtroom 106 if the parties do not resolve the disputes contained within the Motion before that time.

**So ORDERED and SIGNED this 4th day of March, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE