IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BRANCH METRICS, INC., | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:25-CV-00089-JRG |
| GOOGLE LLC, | § | |
| *Defendant.* | § | |

## ORDER

Before the Court is the Unopposed Motion for Leave to Exceed Page Limits for Exhibits Supporting Motions to Compel (the "Motion") filed by Defendant Google LLC ("Defendant"). (Dkt. No. 86.) In the Motion, Defendant moves for leave to attach an additional seven (7) pages of attachments—for a total of twelve (12) pages—to its Motion to Compel (Dkt. No. 85). (Dkt. No. 86 at 1.) The Motion is unopposed. (*Id.*)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Defendant is permitted to submit up to twelve (12) pages of attachments to its Motion to Compel.

## So Ordered this

**Mar 18, 2026**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE