**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **BRANCH METRICS, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **GOOGLE LLC**, <br><br> Defendant. | Civil Action No. 2:25-cv-00089-JRG |

## <u>NOTICE REGARDING WITHDRAWAL OF MOTION TO COMPEL</u>

Plaintiff Branch Metrics, Inc. filed a motion to compel (ECF 64) on September 18, 2025.

The motion is set for hearing on April 7, 2026. Branch files this notice to inform the Court that the

parties have reached an agreement to resolve Branch's motion to compel (ECF 64). Therefore,

Branch withdraws its motion, with prejudice, and Branch and Google reserve their rights to seek

relief to enforce the parties' agreement.

Dated: March 26, 2026

Respectfully submitted,

*/s/ Alex Kaplan*
Neal Manne
Alex Kaplan
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
nmanne@susmangodfrey.com
akaplan@susmangodfrey.com

John Schiltz
Danielle Nicholson

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 505-3841
Fax: (206) 516-3883
jschiltz@susmangodfrey.com
dnicholson@susmangodfrey.com

Zachary B. Savage
Russell Rennie
Emily Portuguese
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001-8602
Tel: (212) 336-8330
Fax: (212) 336-8340
zsavage@susmangodfrey.com
rrennie@susmangodfrey.com
eportuguese@susmangodfrey.com

Of Counsel:
Claire Abernathy Henry
State Bar No. 24053063
claire@millerfairhenry.com
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

Steven C. Holtzman
20 Hillcrest Road
Berkeley CA 94705
(510) 333-4612
Sholtzman10@outlook.com

***Counsel for Branch Metrics, Inc.***

2

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on March 26, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

<u>/s/ Alex Kaplan</u>
Alex Kaplan
*Counsel for Plaintiff*