# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

BRANCH METRICS, INC.,

    *Plaintiff,*

v.

GOOGLE LLC,

    *Defendant.*

§
§
§
§
§
§
§
§

CIVIL ACTION NO. 2:25-CV-00089-JRG

## ORDER

Before the Court is the Motion to Compel (the "Motion") filed by Plaintiff Branch Metrics, Inc. ("Plaintiff"). (Dkt. No. 64.) Plaintiff has since filed a Notice Regarding Withdrawal of Motion to Compel (the "Notice") (Dkt. No. 91) stating that "the parties have reached an agreement to resolve [the Motion] (Dkt. No. 64)." (Dkt. No. 91 at 1.) Accordingly, Plaintiff seeks to withdraw the Motion with prejudice.

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** the parties' agreement. It is **ORDERED** that the Motion (Dkt. No. 64) is **WITHDRAWN**.

## So Ordered this

**Mar 28, 2026**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE