**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| BRANCH METRICS, INC., | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:25-CV-00089-JRG |
| | § | |
| GOOGLE LLC, | § | |
| *Defendant*. | § | |
| | § | |

## ORDER

The Court issues this Order *sua sponte*. On December 4, 2025, Defendant Google LLC ("Google") filed its petition for a writ of mandamus regarding this Court's determination of the venue dispute between the parties. (*See* Dkt. No. 1, Case No. 25-40788.) This Court previously denied Google's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (Dkt. No. 19) on October 24, 2025. (Dkt. No. 68.)

During the pendency of the mandamus proceeding thus far, this Court has proceeded with the above-captioned case as usual. However, with the close of fact discovery approaching (*see* Dkt. No. 87), the Court now finds that the ends of both judicial efficiency and conservation of party resources will be best served by a stay of the above-captioned case until the venue issue has been fully resolved. Accordingly, in the interest of conserving both judicial and party resources, the above-captioned case is **STAYED** until subsequent Order of this Court, to be issued after the resolution of Google's petition for writ of mandamus as to venue.

**So Ordered this**

**Mar 28, 2026**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE