**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

BRANCH METRICS, INC.,

      *Plaintiff*,

v.

GOOGLE LLC,

      *Defendant*.

§
§
§
§
§
§
§
§

CIVIL ACTION NO. 2:25-CV-00089-JRG

## <u>ORDER</u>

Pursuant to the Mandate of the Fifth Circuit Court of Appeals (*see* Civil Action No. 25-40788, Dkt. No. 83), it is **ORDERED** that the above-captioned case is to be transferred to the Northern District of California, *instanter*.

**So ORDERED and SIGNED this 16th day of July, 2026.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE